UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
~~xx-mj-xx (DLM)~~
26-mj-76 DLM

STATE OF MINNESOTA )
) ss. Bronson D. Day
COUNTY OF RAMSEY )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Bronson D. Day, being duly sworn, do hereby state as follows:

## INTRODUCTION & AGENT BACKGROUND

1. I am employed by the Department of Homeland Security (DHS) Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) and have been employed since March 2020. I graduated from the Criminal Investigator Training Program (CITP) on November 18, 2020, and Homeland Security Investigations Special Agent Training (HSISAT) on February 27, 2021. Both were located at the Federal Law Enforcement Training Center (FLETC), located at Glynco, Georgia. During that time, I completed training in surveillance, search and arrest warrants, federal laws enforced by HSI, and federal criminal procedures. Prior to my tenure as a Special Agent, I was a United States Border Patrol agent for nine (9) years where I attended and graduated the Border Patrol Academy at (FLETC) in Artesia, NM. In my professional experience, I have conducted multiple criminal investigations for federal violations including, but not limited to, narcotics smuggling, sex trafficking, possession and production of child sexual

abuse material, and assaults of federal officers.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Emily Duchateau BAIERL for violating Title 18, United States Code, Sections 111(a)(1) and 111(b).

3. This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, written materials, and recordings at the writing of this affidavit. This affidavit does not include all the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.

## PROBABLE CAUSE

4. On January 24, 2026, at approximately 9:05 a.m., following an officer involved shooting, United States Border Patrol (BP) Agents and Customs and Border Protection (CBP) Officers were assigned to establish and maintain a secure perimeter near Nicolette St. between 27th and 28th St., in Minneapolis, MN.

5. At approximately 9:25 a.m., a CBP Officer attempted to arrest Emily Duchateau BAIERL after she was observed throwing objects at officers, including chemical agents, that were initially thrown by law enforcement officers to move the crowd back. While the CBPO was trying to arrest BAIERL,

2

another individual, whose identity is known to law enforcement, pushed the CBP Officer off BAIERL.

6. A BP Agent (hereinafter, "Victim 1") then attempted to secure BAIERL. Victim 1 was wearing tactical gear with clear and visible police markings. Victim 1 attempted to remove BAIERL's mask and when he did, BAIERL forcibly bit Victim 1's middle finger on Victim 1's right hand. Victim 1 was wearing gloves at the time but BAIERL's bite was still able to cause physical injury. Depicted below is a photograph of the injury BAIERL inflicted upon Victim 1:



## CONCLUSION

7. Based on the information set forth above, there is probable cause to believe that the Defendant, Emily Duchateau BAIERL, forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with a federal law enforcement officer in performance of official duties, and in the commission of that act inflicted bodily injury on Victim 1, all in violation of Title 18, United

3

States Code, Sections 111(a)(1) and 111(b).

Bronson D. Day
Special Agent
Homeland Security

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
January 25, 2026

DOUGLAS L. MICKO
United States Magistrate Judge
District of Minnesota