# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>Emily Duchateau Davis,<br><br>      Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: DULCE J. FOSTER<br>U.S. Magistrate Judge<br><br>Case No:          26-mj-76 DLM<br>Date:             January 26, 2026<br>Courthouse:     Minneapolis<br>Courtroom:      8E<br>Time Commenced:  4:26 p.m.<br>Time Concluded:   4:45 p.m.<br>Time in Court:    19 minutes |

X **DETENTION HEARING**

APPEARANCES:

  Plaintiff:   Benjamin Bejar, Assistant U.S. Attorney
  Defendant:  Rob Meyers
               X FPD

On     X Complaint

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Additional Information:
Preliminary hearing to be set.

                                                                 *s/jam*
                                              Signature of Courtroom Deputy